UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FERRELL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SNAPCOMMERCE HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-03160-JST<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY PENDING APPEAL**<br><br>Re: ECF No. 38 |

On November 25, 2025, this Court issued an order denying the motion to compel arbitration filed by Defendants SnapCommerce Holdings, Inc. d/b/a Super.com and SnapMoney, Inc. d/b/a Super.com (together, "Super"). ECF No. 34. On December 16, 2025, Super filed a notice of appeal to the Ninth Circuit concerning that order. ECF No. 37. Before the Court is Super's unopposed motion to stay proceedings pending its appeal. ECF No. 38. The Court will grant the motion.[1]

Super appealed pursuant to the Federal Arbitration Act Section 16(a), which provides that "[a]n appeal may be taken from . . . an order . . . denying a petition under section 4 of this title to order arbitration to proceed." ECF No. 37; 9 U.S.C. § 16(a). Interpreting Section 16(a) in *Coinbase, Inc. v. Bielski*, the Supreme Court held in 2023 that "[t]he district court must stay its proceedings" while an interlocutory appeal of an order denying a motion to compel arbitration is ongoing. 599 U.S. 736, 738 (2023). The stay applies to "those aspects of the case involved in the appeal." *Id.* at 740 (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). Where a decision denying a motion to compel arbitration is on appeal, "the entire case is

---

[1] The motion hearing set for February 19, 2026 is vacated.

essentially 'involved in the appeal.'" *Id*. at 741.

In light of the foregoing authorities and Plaintiffs' lack of opposition, the Court grants the motion and stays all proceedings pending resolution of Super's appeal. Within seven days of the issuance of the mandate by the Ninth Circuit, the parties shall file a statement presenting joint or separate proposals regarding how the case should proceed, including requesting a case management conference if appropriate.

**IT IS SO ORDERED.**

Dated: January 12, 2026



_____
JON S. TIGAR
United States District Judge

2